UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
DEC 0 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Freddie N. Raynor, )
 )
    Plaintiff, )
 )
v. ) Civil Action No. 07 2208
 )
 )
Bob Rollins *et al.*, )
 )
    Defendants. )

MEMORANDUM OPINION

This matter is before the Court on review of plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The application will be granted and the complaint will be dismissed as procedurally barred.

Plaintiff is a North Carolina resident suing three defendants who also reside or work in North Carolina. Plaintiff attaches to the one-page cover sheet, construed here as the complaint, a civil docket sheet from the Eastern District of North Carolina and papers filed in that court. The attachments, constituting the bulk of the complaint, show that plaintiff has previously had his claims against the same defendants adjudicated on the merits in North Carolina. Under the principle of *res judicata*, a final judgment on the merits in one action "bars any further claim based on the same 'nucleus of facts' . . . ." *Page v. United States*, 729 F.2d 818, 820 (D.C. Cir. 1984) (*quoting Expert Elec., Inc. v. Levine*, 554 F.2d 1227, 1234 (D.C. Cir. 1977)); accord *Taylor v. Blakey*, 490 F.3d 965, 969-70 (D.C. Cir. 2007) (citing cases). Because *res judicata* bars this action, the complaint will be dismissed by separate Order issued contemporaneously.

*Ellen S Huvelle*
United States District Judge

Date: November 7, 2007