UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
DEC 0 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Freddie N. Raynor, )
)
Plaintiff, )
)
v. ) Civil Action No. 07 2208
)
)
Bob Rollins *et al.*, )
)
Defendants. )

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 9 day of November 2007,

ORDERED that the application to proceed *in forma pauperis* [Dkt. No. 2] is GRANTED; and it is

FURTHER ORDERED that this case is DISMISSED with prejudice. This is a final appealable Order.

/s/ Ellen S. Huvelle
United States District Judge